No. 70–5142.  MITCHELL v. HOCKER, WARDEN.  Sup. Ct. Nev.  Certiorari denied.

No. 70–5281.  RODRIGUEZ v. AGNEW, HOSPITAL DIRECTOR.  C. A. 2d Cir.  Certiorari denied.

No. 70–5310.  MILES v. KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 70–5375.  LIPTON v. NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 70–5381.  JUSTUS v. VIRGINIA.  Sup. Ct. App. Va. Certiorari denied.

No. 70–5389.  KITCHEN v. CRAWFORD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 70–5409.  UTSLER v. ERICKSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 71–5005.  BROOKS v. FLORIDA ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 71–5075.  BROOKS v. FLORIDA.  C. A. 5th Cir. Certiorari denied.

No. 71–5087.  DENMARK v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–5218.  CLEMONS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–5229.  IVERSON v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 71–5268.  RUSHING v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.